# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____

Sean Constable, Esq.
Admitted in NY & MA

January 19, 2023

Hon. Katherine P. Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: SAMANTHA SCOTTI V. LONG ISLAND RAILROAD COMPANY
     22 Civ. 3294 (KPF)(SN)

Dear Judge Failla:

We represent the plaintiff in the above-captioned matter and are writing to respectfully request that the January 24, 2023 conference be rescheduled and converted to a telephone conference. I have spoken with defense counsel and he consents to this request.

I am scheduled for a medical procedure the morning of Tuesday January 24, 2023 and will not be able to attend the conference. The parties are available for a conference the morning of Wednesday January 25, 2023 or any time on February 1 and February 3, 2023. The parties also request that the conference be converted from an in person appearance to a telephone conference.

Thank you for your consideration of this request.

Very truly yours,

Sean Constable

SC:EF
cc: Thomas Chiofolo, Esq.

Application GRANTED.  The post-fact discovery conference is hereby converted to a telephonic conference, and hereby **ADJOURNED to February 1, 2023, at 10:00 a.m.**  At the designated time, the parties shall call (999) 363-4749, and use access code 5123533.  The parties are directed to file the joint letter discussed in the case management plan (Dkt. #12) by January 26, 2023.

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:     January 19, 2023           SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE